UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Chang Gilford, *d/b/a* Advantage Real Estate Group, Inc.,

    Plaintiff

v.

Kevin Campbell,

    Defendant

Case No. 2:23-cv-00651-CDS-VCF

**Order Adopting Magistrate Judge's Report & Recommendation and Closing Case**

[ECF No. 3]

  Magistrate Judge Cam Ferenbach issued a Report and Recommendation (R&R) recommending that this matter be remanded to state court. ECF No. 3. Under this district's local rules, the deadline for pro se defendant Kevin Campbell to object to the R&R was June 6, 2023. *See* LR IA 3-1(a) (stating that parties wishing to object to the R&R must file objections within fourteen days). As of the date of this order, Campbell has neither objected to the R&R, nor has he requested more time to do so. Accordingly, with no objection filed, I adopt Magistrate Judge Ferenbach's R&R in its entirety.

  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I nonetheless reviewed Judge Ferenbach's R&R and agree with his findings; the complaint is bereft of any details or allegations that would support this court's exercise of jurisdiction over the matter.

  IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's Report and Recommendation **[ECF No. 3] is ADOPTED** in its entirety. This case is dismissed without prejudice. The Clerk of Court is instructed to enter judgment accordingly and close this case.

  DATED: June 12, 2023

                  _____
                  Cristina D. Silva
                  United States District Judge